```
                                              FILED
                                         U.S. DISTRICT COURT
                                             SAVANNAH DIV.
         IN THE UNITED STATES DISTRICT COURT FOR
           THE SOUTHERN DISTRICT OF GEORGIA   2012 AUG 23  AM 12:20
                     SAVANNAH DIVISION
                                         CLERK_____
                                           SO. DIST. OF GA.
```

JONATHAN DRUMMOND,                )
                                  )
    Plaintiff,                    )
                                  )
v.                                )    CASE NO. CV411-194
                                  )
LARRY CHISOLM, individually       )
and in his official capacity      )
as the District attorney for     )
Chatham County, Georgia and       )
CHATHAM COUNTY,                   )
                                  )
    Defendants.                   )
_____)

## O R D E R

On August 10, 2012, this Court granted Defendant Larry Chisolm's Motion to Dismiss, but also allow Plaintiff ten days to file an amended complaint. (Doc. 28.) The Order explicitly warned Plaintiff that failure to file an amended complaint will result in the dismissal of his claims against Defendant Chisolm. (Id. at 1, 30.)[1] Plaintiff has failed to timely file an amended complaint. As a result, Plaintiff's claims against Defendant Chisolm are **DISMISSED**

---

[1] The docket indicates that mail addressed to Plaintiff has been returned as undeliverable. (Doc. 27.) However, at no time did Plaintiff notify the Court of any change of address. Under this Court's rules, "[e]ach attorney and pro se litigant has a continuing obligation to apprise the Court of any address change." S.D. Ga. L.R. 11.1; accord Bazemore v. United States, 292 F. App'x 873, 875 n.4 (11th Cir. 2008) (unpublished). Indeed, if Plaintiff's address changed, it was his obligation to notify the Court.

**WITHOUT PREJUDICE.**  See Link v. Wabash R.R., 370 U.S. 626, 630 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an inherent power, governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.")  The Clerk of Court is **DIRECTED** to terminate Defendant Larry Chisolm from this case.

SO ORDERED this 22nd day of August 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA