IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2012 AUG 23 AM 12: 20
SAVANNAH DIVISION

CLERK_____
SO. DIST. OF GA.

JONATHAN DRUMMOND,           )
                            )
        Plaintiff,          )
                            )
v.                          )        CASE NO. CV411-194
                            )
LARRY CHISOLM, individually )
and in his official capacity )
as the District attorney for )
Chatham County, Georgia and )
CHATHAM COUNTY,             )
                            )
        Defendants.         )
                            )

## O R D E R

On August 10, 2012, this Court granted Defendant Larry
Chisolm's Motion to Dismiss, but also allow Plaintiff ten
days to file an amended complaint. (Doc. 28.) The Order
explicitly warned Plaintiff that failure to file an amended
complaint will result in the dismissal of his claims
against Defendant Chisolm. (Id. at 1, 30.)[1] Plaintiff has
failed to timely file an amended complaint. As a result,
Plaintiff's claims against Defendant Chisolm are **DISMISSED**

---

[1] The docket indicates that mail addressed to Plaintiff has
been returned as undeliverable. (Doc. 27.) However, at no
time did Plaintiff notify the Court of any change of
address. Under this Court's rules, "[e]ach attorney and
pro se litigant has a continuing obligation to apprise the
Court of any address change." S.D. Ga. L.R. 11.1; accord
Bazemore v. United States, 292 F. App'x 873, 875 n.4 (11th
Cir. 2008) (unpublished). Indeed, if Plaintiff's address
changed, it was his obligation to notify the Court.

**WITHOUT PREJUDICE.** See <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 630 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an inherent power, governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.") The Clerk of Court is **DIRECTED** to terminate Defendant Larry Chisolm from this case.

SO ORDERED this **22ND** day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA